# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT A. HUNT | : | |
| Appellant, | : | No. 1:15-cv-2087 |
| v. | : | Hon. John E. Jones III |
| RITE AID HDQTRS. CORP., | : | |
| Appellee. | : | |

## ORDER

### October 7, 2016

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Appeal (Doc. 1) is **DENIED** and the October 15, 2015 Memorandum Order of the Bankruptcy Court is **AFFIRMED**.

2. The Clerk of the Court is instructed to **CLOSE** the file on this case.

 s/ John E. Jones III
John E. Jones III
United States District Judge